**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| THERAPEUTICSMD, INC.<br><br>   Plaintiff,<br><br> v.<br><br>MAYNE PHARMA LLC<br><br>   Defendant | C.A. No. 25- 00440-UNA |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff

TherapeuticsMD, Inc. ("Plaintiff" or "TXMD") makes the following disclosure:

TXMD is a publicly-traded company.  Rubric Capital Management LP owns more than

10% of the stock of TXMD.


Dated: April 8, 2025       **SMITH KATZENSTEIN & JENKINS LLP**

                */s/ Daniel A. Taylor*
                Julie M. O'Dell (No. 6191)
                Daniel A. Taylor (No. 6934)
                1000 West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                jmo@skjlaw.com
                dat@skjlaw.com

                *Attorneys for Plaintiff TherapeuticsMD, Inc.*