# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00440-RGA |
| | ) |
| MAYNE PHARMA LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the date on which Defendant Mayne Pharma LLC shall move, answer or otherwise respond to the Complaint is extended to May 30, 2025.

| | |
|---|---|
| SMITH KATZENSTEIN & JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Daniel A. Taylor | /s/ Elise K. Wolpert |
| Julie M. O'Dell (#6191) | S. Mark Hurd (#3297) |
| Daniel A. Taylor (#6934) | Elise K. Wolpert (#6343) |
| 1000 West Street, Suite 1501 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 652-8400 | Wilmington, DE 19899 |
| jmo@skjlaw.com | (302) 658-9200 |
| dat@skjlaw.com | shurd@morrisnichols.com |
| *Attorneys for Plaintiff* | ewolpert@morrisnichols.com |
| *TherapeuticsMD, Inc.* | *Attorneys for Defendant* |
| | *Mayne Pharma LLC* |

April 30, 2025

IT IS SO ORDERED this ____ day of _____, 2025.

_____
The Honorable Richard G. Andrews