# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00440-RGA |
| | ) |
| MAYNE PHARMA LLC | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of S. Mark Hurd of Morris, Nichols, Arsht & Tunnell LLP on behalf of Defendant Mayne Pharma LLC in this action.

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ S. Mark Hurd*
                                            S. Mark Hurd (#3297)
                                            Elise K. Wolpert (#6343)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899
                                            (302) 658-9200
                                            shurd@morrisnichols.com
                                            ewolpert@morrisnichols.com
                                                *Attorneys for Defendant*
                                                *Mayne Pharma LLC*

May 1, 2025