IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00440-RGA |
| | ) |
| MAYNE PHARMA LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MAYNE PHARMA LLC'S MOTION TO COMPEL SUBMISSION OF DISPUTED MATTERS FOR AN EXPERT DETERMINATION, OR ALTERNATIVELY, TO COMPEL ARBITRATION, AND STAY PROCEEDINGS <u>PENDING A FINAL DETERMINATION</u>**

Defendant Mayne Pharma LLC ("Mayne") respectfully moves this Court for an order to compel submission of disputed matters for an expert determination, or alternatively, to compel arbitration, and stay proceedings pending a final determination. The grounds for this motion are set forth in Defendants' Opening Brief, filed contemporaneously herewith.

OF COUNSEL:

**ARNOLD & PORTER KAYE SCHOLER LLP**
Aaron F. Miner (*pro hac vice* forthcoming)
Matthew F. Medina (*pro hac vice* forthcoming)
250 West 55th Street
New York, NY 10019
Phone: 212.836.8000
aaron.miner@arnoldporter.com
matthew.medina@arnoldporter.com

May 30, 2025

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ S. Mark Hurd*
S. Mark Hurd (#3297)
Elise K. Wolpert (#6343)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
shurd@morrisnichols.com
ewolpert@morrisnichols.com

*Counsel for Defendant Mayne Pharma, LLC*