IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00440-RGA |
| | ) |
| MAYNE PHARMA LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT MAYNE PHARMA LLC'S MOTION TO COMPEL SUBMISSION OF DISPUTED MATTERS FOR AN EXPERT DETERMINATION, OR ALTERNATIVELY, TO COMPEL ARBITRATION, AND STAY PROCEEDINGS PENDING A FINAL DETERMINATION**

WHEREAS, the Court having reviewed Defendant Mayne Pharma LLC's Motion to Compel Submission of Disputed Matters for an Expert Determination, or alternatively, to Compel Arbitration, and Stay Proceedings Pending a Final Determination (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Defendants' Motion is GRANTED.

_____
The Honorable Richard G. Andrews