IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:25-cv-00440-RGA |
| ) | |
| MAYNE PHARMA LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MAYNE PHARMA LLC'S MOTION TO
DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Mayne Pharma LLC ("Mayne") respectfully moves this Court for an order dismissing with prejudice Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). The grounds for this motion are set forth in Defendants' Opening Brief, filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

OF COUNSEL:

**ARNOLD & PORTER KAYE
SCHOLER LLP**
Aaron F. Miner (*pro hac vice* forthcoming)
Matthew F. Medina (*pro hac vice* forthcoming)
250 West 55th Street
New York, NY 10019
Phone: 212.836.8000
aaron.miner@arnoldporter.com
matthew.medina@arnoldporter.com

/s/ *S. Mark Hurd*
S. Mark Hurd (#3297)
Elise K. Wolpert (#6343)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
shurd@morrisnichols.com
ewolpert@morrisnichols.com

*Counsel for Defendant
Mayne Pharma, LLC*

May 30, 2025