IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00440-RGA |
| | ) |
| MAYNE PHARMA LLC, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT MAYNE PHARMA LLC'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

WHEREAS, the Court having reviewed Defendant Mayne Pharma LLC's Motion to Dismiss for Failure to State a Claim (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Defendant's Motion is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

_____
The Honorable Richard G. Andrews