Format for Pro Hac Vice Motion (Rev. 12/23)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TherapeuticsMD, Inc.

                         )

v.                           )      Civil Action No. 1:25-cv-00440-RGA

                         )

Mayne Pharma LLC

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of
_____Aaron F. Miner_____ to represent___Mayne Pharma LLC____ in this matter.

Signed:___/s/ S. Mark Hurd_____

      S. Mark Hurd (#3297)
      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      1201 N. Market Street,. P.O. Box 1347, Wilmington, DE 19899
      (302) 658-9200

Attorney for: Mayne Pharma LLC_____

Date: ___6/2/25_____-

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                   United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted,
practicing and in good standing as a member of the Bar of ____New York____ and pursuant to Local Rule
83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the
preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I
further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the
fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Aaron F. Miner_____

Date: _6/2/2025_____

      Aaron F. Miner
      ARNOLD & PORTER KAYE SCHOLER LLP
      250 West 55th Street, New York, NY 10019
      212.836.8000