Format for Pro Hac Vice Motion (Rev. 12/23)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TherapeuticsMD, Inc.

v.

Mayne Pharma LLC

)
)   Civil Action No. 1:25-cv-00440-RGA
)

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of _____Matthew F. Medina_____ to represent __Mayne Pharma LLC__ in this matter.

Signed:__/s/ S. Mark Hurd_____

S. Mark Hurd (#3297)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street,. P.O. Box 1347, Wilmington, DE 19899
(302) 658-9200

Attorney for: Mayne Pharma LLC

Date: 6/2/25

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____New York_____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: /s/ Matthew F. Medina

Date: 6/2/2025

Matthew F. Medina
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street, New York, NY 10019
212.836.8000