## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THERAPEUTICSMD, INC.,

      Plaintiff,

  v.

MAYNE PHARMA LLC

      Defendant.

C.A. No. 25-440-RGA

## STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE

WHEREAS, Plaintiff TherapeuticsMD, Inc. ("TXMD") filed the Complaint in this matter on April 8, 2025 (D.I. 1), and served Defendant Mayne Pharma LLC ("Mayne") on April 10, 2025 (D.I. 5);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Mayne to answer or otherwise respond to the Complaint was May 1, 2025;

WHEREAS, TXMD agreed to extend the deadline for Defendant's to answer or otherwise to respond to the Complaint to May 30, 2025, by filing a Stipulation Extending Time for Defendant to answer or otherwise to respond to the Complaint (D.I. 6 (So Ordered May 1, 2025));

WHEREAS, Mayne filed a Motion to Compel Submission of Disputed Matters for an Expert Determination, or Alternatively, to Compel Arbitration and Stay Proceedings Pending Final Determination ("Motion to Compel") on May 30, 2025 (D.I. 8);

WHEREAS, Mayne also filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") on May 30, 2025 (D.I. 10);

WHEREAS, Mayne has agreed to extend the deadline for TXMD to file its Answering Briefs in Opposition to both motions – the Motion to Compel and the Motion to Dismiss – by 14 days from June 13, 2025 to June 27, 2025;

WHEREAS, TXMD has agreed to extend the deadline for Mayne to file its Reply Briefs in Support of both motions by 14 days from July 7, 2025 to July 21, 2025.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, that the deadline for TXMD to file its Answering Briefs in Opposition to the Motion to Compel (D.I. 8) and the Motion to Dismiss (D.I. 10) shall be extended from June 13, 2025 to June 27, 2025; and the deadline for Mayne to file its Reply Briefs shall be extended from July 7, 2025 to July 21, 2025.

Dated: June 17, 2025

| | |
|---|---|
| **SMITH KATZENSTEIN & JENKINS LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| */s/ Daniel A. Taylor* | */s/ Elise K. Wolpert* |
| Julie M. O'Dell (No. 6191) | S. Mark Hurd (#3297) |
| Daniel A. Taylor (No. 6934) | Elise K. Wolpert (#6343) |
| 1000 West Street, Suite 1501 | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 652-8400 | (302) 658-9200 |
| jmo@skjlaw.com | shurd@morrisnichols.com |
| dat@skjlaw.com | ewolpert@morrisnichols.com |
| | |
| *Attorneys for Plaintiff TherapeuticsMD, Inc.* | *Counsel for Defendant Mayne Pharma LLC* |

2

IT IS SO ORDERED this _____ day of _____, 2025.

 

 

_____
Richard G. Andrews
United States District Court Judge