IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYNE PHARMA LLC <br><br> Defendant. | C.A. No. 1:25-cv-00440-RGA |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT [D.I. 16]**

WHEREAS, Plaintiff TherapeuticsMD, Inc. ("TXMD") filed its original Complaint in this matter on April 8, 2025 (D.I. 1), and served Defendant Mayne Pharma LLC ("Mayne") on April 10, 2025 (D.I. 5);

WHEREAS, TXMD filed its First Amended Complaint against Mayne on June 20, 2025 (D.I. 16);

WHEREAS, TXMD and Mayne (collectively, "the Parties") wish to extend the deadline for Mayne to move, answer, or otherwise respond to the First Amended Complaint from July 7, 2025 to July 21, 2025; and,

WHEREAS, to the extent that Mayne files a motion in response to the First Amended Complaint, the Parties wish to extend the deadline for TXMD to file its answering brief from August 4, 2025 to August 29, 2025.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, that the deadline for Mayne to move, answer, or otherwise respond to the First Amended Complaint (D.I. 16) shall be extended from July 7, 2025 to July 21, 2025, and the deadline for TXMD to file an answering brief in response to any motion filed

in response to the First Amended Complaint shall be extended from August 4, 2025 to August 29, 2025.

Dated: June 25, 2025

| | |
|---|---|
| **SMITH KATZENSTEIN & JENKINS LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| */s/ Daniel A. Taylor* <br> Julie M. O'Dell (No. 6191) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> jmo@skjlaw.com <br> dat@skjlaw.com | */s/ Elise K. Wolpert* <br> S. Mark Hurd (#3297) <br> Elise K. Wolpert (#6343) <br> 1201 N. Market Street <br> Wilmington, DE 19801 <br> (302) 658-9200 <br> shurd@morrisnichols.com <br> ewolpert@morrisnichols.com |
| *Attorneys for Plaintiff TherapeuticsMD, Inc.* | *Counsel for Defendant Mayne Pharma LLC* |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Richard G. Andrews
United States District Court Judge

2