## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAYNE PHARMA LLC<br><br>　　　　Defendant. | C.A. No. 1:25-cv-00440-RGA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Elise K. Wolpert of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, hereby withdraws as counsel for Defendant Mayne Pharma LLC in the above-captioned action. Defendant Mayne Pharma LLC will continue to be represented by all other counsel of record.

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　*/s/ Elise K. Wolpert*
　　　　　　　　　　　　　　　　S. Mark Hurd (#3297)
　　　　　　　　　　　　　　　　Elise K. Wolpert (#6343)
　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　shurd@morrisnichols.com
　　　　　　　　　　　　　　　　ewolpert@morrisnichols.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　*Mayne Pharma LLC*

July 21, 2025