**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERAPEUTICSMD, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-440-RGA |
| MAYNE PHARMA COMMERCIAL LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jacob M. Perrone of Morris, Nichols, Arsht & Tunnell LLP on behalf of Defendant Mayne Pharma Commercial LLC in this action.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

OF COUNSEL:

Aaron F. Miner
Matthew F. Medina
ARNOLD & PORTER
KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-8000

/s/ Jacob M. Perrone
S. Mark Hurd (#3297)
Jacob M. Perrone (#7250)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
shurd@morrisnichols.com
jperrone@morrrisnichols.com
 *Attorneys for Defendant*

July 31, 2025