# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYNE PHARMA COMMERCIAL LLC, <br><br> Defendant. | C.A. No. 25-440-RGA |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Defendant Mayne Pharma LLC respectfully requests oral argument on Defendant Mayne Pharma LLC's Motion to Dismiss for Failure to State a Claim. D.I. 21. The motion has been fully briefed. *See* D.I. 22, 24, 25.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Aaron F. Miner
Matthew F. Medina
ARNOLD & PORTER
KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-8000

*/s/ Jacob M. Perrone*
S. Mark Hurd (#3297)
Jacob M. Perrone (#7250)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
shurd@morrisnichols.com
jperrone@morrrisnichols.com
  *Attorneys for Defendant*

September 12, 2025