IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICS MD, INC.<br><br>   Plaintiff,<br><br>v.<br><br>MAYNE PHARMA LLC<br><br>   Defendant | C.A. No. 25-440-RGA |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff TherapeuticsMD, Inc. ("Plaintiff" or "TXMD") makes the following disclosure:

1.   Pursuant to Rule 7.1(a)(1), TXMD is a publicly-traded company. Rubric Capital Management LP owns more than 10% of the stock of TXMD.

2.   Pursuant to Rule 7.1(a)(2), TXMD is a Nevada corporation with a principal place of business in Coconut Creek, Florida.


Dated: March 5, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Julie M. O'Dell (No. 6191)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
jmo@skjlaw.com
dat@skjlaw.com

*Attorneys for Plaintiff TherapeuticsMD, Inc.*