IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:25-cv-00440-RGA |
| v. | ) | |
| | ) | |
| MAYNE PHARMA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), by and through its undersigned counsel, Defendant Mayne Pharma LLC ("Defendant") states that (1) it is a Delaware limited liability company, (2) it is a wholly-owned subsidiary of Mayne Pharma Commercial LLC, a North Carolina limited liability company, which is in turn solely owned by Mayne Holdings US Inc., a North Carolina corporation with its principal place of business in Raleigh, North Carolina, which in turn is solely owned by Mayne Pharma Group Limited, an Australian corporation, and (3) Mayne Pharma Group Limited, the indirect parent of Defendant, is publicly-traded on the Australia Securities Exchange under the code MYX.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | |
| | */s/ S. Mark Hurd* |
| ARNOLD & PORTER | S. Mark Hurd (#3297) |
| KAYE SCHOLER LLP | Jacob M. Perrone (#7250) |
| Aaron Miner | 1201 N. Market Street |
| 250 West 55th Street | P.O. Box 1347 |
| New York, NY 10019-9710 | Wilmington, DE 19899 |
| (212) 836-8000 | (302) 658-9200 |
| Aaron.Miner@arnoldporter.com | shurd@morrisnichols.com |
| | jperrone@morrisnichols.com |
| | |
| | *Attorneys for Defendant* |
| | *Mayne Pharma LLC* |

March 9, 2026