IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THERAPEUTICSMD, INC.,<br><br>  *Plaintiff,*<br><br> v.<br><br> MAYNE PHARMA LLC,<br><br>  *Defendant.* | C.A. No. 1:25-cv-00440-CFC |

## [PROPOSED] ORDER

Having considered Mayne Pharma LLC's Unopposed Motion for Entry of an Order Permitting RSM US LLP ("RSM") to Conduct the Expert Determination in Lieu of BDO (the "Motion"), and it appearing that BDO USA, LLP ("BDO") is unable to serve as the firm to conduct the expert determination required by Section 5.3 of the Parties' Transaction Agreement, and good cause appearing;

IT IS HEREBY ORDERED this _____ day of _____, 2026, that the Motion is **GRANTED**, and IT IS FURTHER ORDERED as follows:

1.     In lieu of BDO, the Parties' disputes regarding the line items covered by the one- and two-year true-up events shall be submitted for a final and binding expert determination to RSM (the "Replacement Firm").

2.    Consistent with Section 5.3(c) of the Transaction Agreement, no representatives of the Replacement Firm associated in any way with resolving the dispute shall have previously provided services to either Party.

3.    The Replacement Firm shall conduct the expert determination on the same terms and within the same scope as set forth in Section 5.3 of the Transaction Agreement and in the March 23, 2026 Memorandum Order.

4.    The stay of this action entered in the March 23, 2026 Memorandum Order shall remain in effect pending completion of the expert determination.

5.    The Parties shall submit a joint status report within one week of the expert determination concluding.

6.    In all other respects, the March 23, 2026 Memorandum Order (D.I. 33) shall remain in full force and effect.

_____
The Honorable Colm F. Connolly
Chief United States District Judge