IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYNE PHARMA LLC, <br><br> Defendant. | C.A. No. 1:25-cv-00440-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the typeface requirements set forth in the Court's Standing Order Regarding Briefing in All Cases because this Motion was prepared using Microsoft Word 14-point Times New Roman font. According to the word processing system used to prepare this document, the Motion contains 849 words.

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**

OF COUNSEL:

/s/ *Jacob M. Perrone*

S. Mark Hurd (#3297)

Aaron F. Miner

Jacob M. Perrone (#7250)

(admitted *pro hac vice*)

1201 N. Market Street

Matthew F. Medina

P.O. Box 1347

(admitted *pro hac vice*)

Wilmington, DE 19899-1347

**ARNOLD & PORTER KAYE
SCHOLER LLP**

Phone: (302) 658-9200

shurd@morrisnichols.com

250 West 55th Street

jperrone@morrisnichols.com

New York, NY 10019

Phone: 212.836.8000

*Counsel for Defendant Mayne*

aaron.miner@arnoldporter.com

*Pharma LLC*

matthew.medina@arnoldporter.com

Dated: July 23, 2026