IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERAPEUTICSMD, INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MAYNE PHARMA LLC,<br><br>　　　Defendant. | C.A. No. 1:25-cv-00440-CFC |

### **RULE 7.1.1 AVERMENT OF COUNSEL**

Pursuant to District of Delaware Local Rule 7.1.1, the undersigned hereby certifies that counsel for Plaintiff and Defendant conferred regarding Defendant's Motion for Entry of an Order Permitting RSM US LLP to Conduct the Expert Determination in Lieu of BDO (the "Motion"). Plaintiff confirmed it does not oppose the relief requested in the Motion.

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**

OF COUNSEL:

Aaron F. Miner
(admitted *pro hac vice*)
Matthew F. Medina
(admitted *pro hac vice*)
**ARNOLD & PORTER KAYE
    SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Phone: 212.836.8000
aaron.miner@arnoldporter.com
matthew.medina@arnoldporter.com

Dated: July 23, 2026

/s/ *Jacob M. Perrone*
S. Mark Hurd (#3297)
Jacob M. Perrone (#7250)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200
shurd@morrisnichols.com
jperrone@morrisnichols.com

*Counsel for Defendant Mayne Pharma
LLC*

2